# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
02/15/2013
CT Log Number 522149662

TO: Scott Leslie, General Counsel Experian Americas
Experian
475 Anton Blvd
Costa Mesa, CA 92626-

RE: **Process Served in Louisiana**

FOR: Experian Information Solutions, Inc. (Domestic State: OH)

RECEIVED
[illegible] 2013
Scott N. Leslie

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Craig J. Simon, Pltf. vs. Experian Information Solutions, Inc., Dft. |
| DOCUMENT(S) SERVED: | Citation, Suit, Attachment, Letter |
| COURT/AGENCY: | Crowley City Court, Acadia Parish, LA<br>Case # 24324 |
| NATURE OF ACTION: | Suit for declaratory judgment, damages and attorney fees - Defendant, Experian's credit report on plaintiff's is incorrect |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 02/15/2013 at 08:40 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 10 days of service |
| ATTORNEY(S) / SENDER(S): | Kenneth O. Privat<br>Privat & Privat<br>525 West Court Circle<br>Crowley, LA 70527<br>337-783-7142 |
| ACTION ITEMS: | Telephone, Marina Velardi, 714-830-7287<br>SOP Papers with Transmittal, via Fed Ex 2 Day, 794772453716 |
| SIGNED:<br>PER:<br>ADDRESS:<br><br><br>TELEPHONE: | C T Corporation System<br>Trevor Garoutte<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808<br>225-922-4490 |

Page 1 of 1 / SK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CITATION

CRAIG J. SIMON                                  CITY COURT OF CROWLEY

VERSUS NO.  24324                               PARISH OF ACADIA

EXPERIAN INFORMATION SOLUTIONS,                 STATE OF LOUISIANA
INC.

TO:    EXPERIAN INFORMATION SOLUTIONS, INC.
       THROUGH ITS AGENT FOR SERVICE OF PROCESS
       CT CORPORATION SYSTEMS
       5615 CORPORATE BLVD., SUITE 400-B
       BATON ROUGE, LA 70808

   YOU ARE HEREBY SUMMONED to comply with the demand contained in the attached certified petition, or to file your answer or other pleading to said petition in the office of the Clerk of Court of Crowley City Court within 10 days from date of service hereof. **You are also responsible for legal interest AND ALL FILING FEES.** Your failure to comply herewith will subject you to the penalty of entry of Default Judgment against you.

   Witness the Honorable Marie B. Trahan, Judge of said Court, on February 5, 2013.

FEB 15 2013

_____
CLERK OF COURT

SERVICE INFORMATION

On _____(DATE) I received the within Citation and on _____(DATE) I made service as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of_____
_____, a person apparently of suitable age and discretion, residing in the domicile of the person to whom the said process of court was issued.

RETURNED WITHOUT SERVICE on _____(DATE)
UNABLE TO LOCATE:  MOVED            NO SUCH ADDRESS
OTHER REASON/COMMENTS:_____

MILEAGE FEE:_____       _____
                                        MARSHAL/SHERIFF

*(Handwritten stamp across page: "I made service on the named party through the CT Corporation by tendering a copy of this document to ANTOINETTE PIERCE / TREVOR GARRETT / CHASITY CHALOUET at CT Corporation, Baton Rouge, Louisiana, Parish of East Baton Rouge")*

| | | |
|---|---|---|
| CRAIG J. SIMON | : | CROWLEY CITY COURT |
| VERSUS NO. 24324 | : | PARISH OF ACADIA |
| EXPERIAN INFORMATION SOLUTIONS, INC. | : | STATE OF LOUISIANA |

## SUIT FOR DECLARATORY JUDGMENT, DAMAGES AND ATTORNEY FEES

NOW INTO COURT, through undersigned counsel, comes CRAIG J. SIMON, SSN: xxx-xx-9367, who respectfully avers as follows:

1.

The defendant in this suit is EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, whose registered agent for service of process is CT Corporation Systems, 5615 Corporate Blvd., Ste. 400-B, Baton Rouge, Louisiana 70808 (hereinafter sometimes referred to as "EXPERIAN").

2.

EXPERIAN is a credit reporting agency under the definition of 15 U.S.C.A. § 1681a.

3.

Defendant, EXPERIAN, has reported to various entities from which the plaintiff has sought credit incorrect, outdated and false information, all of which has harmed the plaintiff's credit and denied him access to credit, mortgages and the ability to finance a home.

4.

By letter dated October 29, 2012, received by defendant on November 6, 2012, plaintiff complained of the numerous inaccuracies and requested that his credit report be corrected to delete those items. A copy of said letter is attached hereto and made part hereof.

5.

Plaintiff, through his attorney, sent a letter dated January 11, 2013 advising that the items were still on plaintiff's credit report, denying him the necessary ability to obtain credit and buy a home.

6.

More than ninety (90) days have elapsed since defendant was notified and they have failed to take the necessary steps to correct plaintiff's credit report.

7.

This court has jurisdiction over this matter under 15 U.S.C.A. 1681p.

8.

Plaintiff has followed the required procedures to dispute the inaccuracy of the credit report as provided in 15 U.S.C.A. 1681i.

9.

Defendant, EXPERIAN's credit report on plaintiff is incorrect, outdated and false in the following respects:

a) Listing addresses where the plaintiff never resided;

b) Showing collection matters that are not those of the plaintiff;

c) Showing child support is past due when in fact the child support is current and has been current.

10.

Defendant's failure to comply with the statute and remove those items as requested by the plaintiff are subject to civil liabilities for the negligent compliance and as such plaintiff is entitled to an award of damages provable at trial as well as reasonable attorney fees to be determined by this court.

WHEREFORE, petitioner prays that after due proceedings had that there be judgment in favor of plaintiff, CRAIG J. SIMON, and against the defendant, EXPERIAN INFORMATION SOLUTIONS, INC, in the amount of damages provable at the time of trial, together with a declaratory judgment ordering the credit report corrected to delete those items which are incorrect or inapplicable to the plaintiff.

FINALLY, for all orders and decrees necessary and proper in the premises and for full,

general and equitable relief and all costs of these proceedings including all penalties, interest and attorney fees as provided by law.

BY HIS ATTORNEYS,

PRIVAT & PRIVAT

BY: _____
Kenneth O. Privat - 10797
Scott J. Privat - 31923
Post Office Box 449
525 West Court Circle
Crowley, Louisiana 70527
(337) 783-7142
(337) 783-7101 Fax

Please serve the defendant as shown in paragraph 1 of this petition.

h:\legal\Craig J Simon v Experian - Suit for Declaratory Judgment



FILED __2|5__ 20_13_
DY. CLERK, CROWLEY CITY COURT

STATE OF LOUISIANA

PARISH OF ACADIA

BEFORE ME, the undersigned Notary Public, personally came and appeared:

CRAIG J. SIMON,

who after being duly sworn, did depose and say that he has read the above and foregoing and that same is true and correct to the best of his knowledge, information and belief.

_____
CRAIG J. SIMON

SWORN TO AND SUBSCRIBED before me, Notary Public, this the 5th day of February, 2013 at Crowley, Acadia Parish, Louisiana.

_____
KENNETH O. PRIVAT - 10797
NOTARY PUBLIC

CROWLEY CITY COURT
A TRUE COPY OF THE ORIGINAL
THIS _2_/_5_____, 20_13_
PEGGY TRAHAN # 89171
EX-OFFICIO NOTARY
CLERK OF COURT

FILED _2/5_ 20_13_
DY. CLERK, CROWLEY CITY COURT

# PRIVAT & PRIVAT
## ATTORNEYS AT LAW

Kenneth O. Privat
kprivat@privatandprivat.com

Scott J. Privat
sprivat@privatandprivat.com

October 29, 2012

525 West Court Circle
Post Office Box 449
Crowley, Louisiana 70527
(337) 783-7142
(337) 783-7101 Fax

File No.
3268

CERTIFIED MAIL. RETURN RECEIPT REQUESTED.

Experian
5909 Peachtree
Denwoody Road NE
Atlanta, GA 30328

Equifax Credit Information
P.O. Box 740241
Atlanta, GA 30374

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Re: Craig J. Simon
SSN: xxx-xx-9367
DOB: 5/30/68

Gentlemen:

Enclosed is a copy of a credit report dated October 25, 2012. We are asking that you immediately make the necessary corrections and deletions on the credit report.

Under personal - Craig J. Simon has never lived at the following address:
1914 Creswell Lane Ext. Apt. 1A, Opelousas, LA 70570;
201 High Meadows Blvd. Apt. 220, Lafayette, LA 70507
212 Donald Simon Road, Rayne, LA 70578
810 Hwy. 1166, Ville Platte, LA 70586

Mr. Simon's wife at one time did reside at 810 Hwy. 1166, Ville Platte, LA but Mr. Simon never did.

Under bankruptcies and court judgments please show that the judgment obtained by

the Acadia Parish District Court, Ref. No. BK833PG432SQ805187 has been paid as per the act of cancellation of tax lien attached hereto.

Louisiana Child Enforcement shows a balance of $5,933.00. This is incorrect. Mr. Simon is current with his monthly child support payments of $463.00 which is automatically drawn from his pay check payable to Support Enforcement. We are in the process of obtaining a letter from Louisiana Child Support Enforcement to show he is current with his child support payments. These payments will terminate when his last child, Payton Simon, DOB: 8/31/93, turns 18 on August 31, 2014.

The following accounts are not Mr. Simon's:

No. 1 - Equidata;
No. 2 - I C System, Inc.;
No. 3 - Louisiana Bureau of Credit Control;
No. 4 - Louisiana Bureau of Credit Control;
No. 5 - Louisiana Recovery Service;
No. 6 - NCO Fin/34;
No. 7 - Hebert Medical;
No. 8 - another medical that is not Mr. Simon's;
Citizens Bank - at the time of his divorce his wife obtained the home in the community settlement and she failed to make payments on the home and the home was repossessed. He had no title to the home at the time of the repossession. We ask that you consider making a notation of this and removing it from his record and/or putting the proper designation that it was not his responsibility;
No. 9 - Credit Bureau Services;
No. 10 - Gen Collections & Reco;
No. 11 - Gen Collections & Reco;
No. 12 - Gen Collections & Reco;
No. 13 - Gen Collections & Reco;
No. 14 - Gen Collections & Reco;
No. 15 - WFFNATLBNK - he is current on his credit card shown as Wells Fargo;
No. 16 - Chase Bank USA, NA - he has no knowledge of ever having a Chase Bank USA credit card;
No. 17, 18 & 19 - Evangeline Bank & Trust Co. - the note payments were timely paid.

Please take the necessary steps to immediately correct Mr. Simon's credit report as

he is in the process of applying for a mortgage for the purchase of a home.

As you can see from the attached affidavit, he has sworn to the above information as being true and correct.

Very truly yours,

Kenneth O. Privat

The above information is true and correct.

Crowley, Louisiana, this the 29 day of October, 2012.

Craig J. Simon

SWORN TO AND SUBSCRIBED before me, Notary Public, this the 29 day of October, 2012.

Kenneth O. Privat - 10797
Notary Public

10702



CROWLEY CITY COURT
A TRUE COPY OF THE ORIGINAL
THIS 25 , 20 13
PEGGY TRAHAN # 89171
EX-OFFICIO NOTARY
CLERK OF COURT

FILED 2 15 20 13
DY. CLERK, CROWLEY CITY COURT

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| Postage | $ | |
| --- | --- | --- |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Experian
Street, Apt. No.; or PO Box No. 5909 Peachtree, Denwoody Rd. NE
City, State, ZIP+4: Atlanta, GA 30328

7010 2780 0000 1488 7641

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
5909 Peachtree
Dunwoody Road NE
Atlanta, GA 30328

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
Susan _____ | NOV 6 2012

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 2780 0000 1488 7641

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED 2/5 2013
DY. CLERK, CROWLEY CITY COURT